[No. 33776-6-III. Division Three. October 4, 2016.]

DOMENIC R. ROCKEY, *Appellant*, v. WASHINGTON STATE UNIVERSITY, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 14-2-00301-1, David Frazier, J., entered August 31, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 33807-0-III. Division Three. October 4, 2016.]

JAMES DARLING, *Appellant*, v. GREGORY D. JEFFEREYS ET AL., *Defendants*, AUBLE & ASSOCIATES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-01148-7, Harold D. Clarke III, J., entered August 28, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 73294-3-I. Division One. October 10, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MAHADI ABDULLAHI SHIRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02697-4, John H. Chun, J., entered March 2, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Leach and Trickey, JJ.

[No. 73296-0-I. Division One. October 10, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GILJON LEE-SEAN JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-03841-7, John H. Chun, J., entered March 25, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Trickey, J.